OPINION — AG — ** COSMETOLOGY — BEAUTY SCHOOL — LICENSE ** THE SCHOOL CITED IN OPINION MAY OPERATE, WITHOUT PAYING AN ADDITIONAL LICENSE FEE AND WITHOUT PROCURING A NEW LICENSE, DURING THE REMAINDER OF THE CURRENT YEAR. (X AND Y WERE CO OWNERS OF A BEAUTY COLLEGE. X IS SELLING OUT HER HALF INTEREST TO Z . . WILL Z OWE THE ORIGINAL LICENSE FEE ?) CITE: 59 O.S. 199.7 [59-199.7] (FRED HANSEN)